1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   KENNETH BLANTON,                         No.  2:13-cv-2635 KJN P
12              Plaintiff,
13        v.                                   ORDER
14   UNKNOWN,
15              Defendant.
16

17        Plaintiff, a state prisoner at Salinas Valley State Prison, has filed a letter addressed to a
18   district judge, claiming plaintiff is under imminent danger.  No other pleadings have been filed by
19   the plaintiff.  In order to commence an action, plaintiff must file a complaint as required by Rule
20   3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or
21   file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a),
22   1915(a).  The court will not issue any orders granting or denying relief until an action has been
23   properly commenced.
24        Moreover, the federal venue statute provides that a civil action "may be brought in (1) a
25   judicial district in which any defendant resides, if all defendants are residents of the State in
26   which the district is located, (2) a judicial district in which a substantial part of the events or
27
28   _____
     [1] If leave to file in in forma pauperis is granted, plaintiff will still be required to pay the filing fee
     but will be allowed to pay it in installments.

                                    1

1  omissions giving rise to the claim occurred, or a substantial part of property that is the subject of

2  the action is situated, or (3) if there is no district in which an action may otherwise be brought as

3  provided in this action, any judicial district in which any defendant is subject to the court's

4  personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

5       In this case, the claim arose in Monterey County, which is in the Northern District of

6  California.  Therefore, plaintiff's claim should have been filed in the United States District Court

7  for the Northern District of California.  In the interest of justice, a federal court may transfer a

8  complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v.

9  McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

10       In light of the above, the Clerk of the Court is directed to send plaintiff the form for filing

11  a civil rights complaint pursuant to 42 U.S.C. § 1983, as well as an application to proceed in

12  forma pauperis.  In order to expedite his claim, plaintiff is provided the opportunity to file his

13  complaint, and to submit an application requesting leave to proceed in forma pauperis or to

14  submit the appropriate filing fee, to the United States District Court for the Northern District of

15  California.

16       Accordingly, IT IS HEREBY ORDERED that:

17       1.  This matter is transferred to the United States District Court for the Northern District of

18  California; and

19       2.  The Clerk of the Court is directed to send plaintiff the form for filing a civil rights

20  complaint pursuant to 42 U.S.C. § 1983, and an application to proceed in forma pauperis.

21  Dated:  January 2, 2014

22

23  /blan2635.21

                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28