IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH BLANTON, | ) | No. C 14-0175 RMW (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

On December 20, 2013, plaintiff, proceeding pro se, filed a letter in the Eastern District of California, which commenced this action. On January 2, 2014, the Eastern District transferred this action to the Northern District of California. On January 13, 2014, the clerk notified plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). The clerk also notified plaintiff that he failed to submit a complaint. Along with the deficiency notices, plaintiff was provided with a new IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to either file a completed IFP application or pay the filing fee within thirty days would result in the dismissal of this action. In addition, plaintiff was advised that his failure to file a complaint within thirty days would result in the dismissal of this action. To date, plaintiff has not paid his filing fee, filed a completed IFP application, or filed a complaint.

1  Thus, the instant action is DISMISSED without prejudice. The clerk shall enter
2  judgment and close the file.
3  IT IS SO ORDERED.
4  DATED: ~~DFD~~

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\RMW\CR.14\Blanton175disifpcomp.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH BLONTON,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

Case Number: CV14-00175 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Blanton AD-2911
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 31, 2014

                      Richard W. Wieking, Clerk
                      By: Jackie Lynn Garcia, Deputy Clerk