IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant.<br>                                      / | No. CR 14-00175 WHA<br><br>**ORDER RE COMMUNITY SERVICE OPPORTUNITY** |

In light of the severe recovery needs due to Hurricanes Harvey and Irma, the Court would look favorably upon giving PG&E hour-for-hour credit for otherwise uncompensated and voluntary time devoted by PG&E to hurricane-recovery efforts in Texas and Florida (and other affected areas), up to 2,000 hours, perhaps more.

A hearing on this will be held on **SEPTEMBER 12 AT 1:45 P.M.**

**IT IS SO ORDERED.**

Dated: September 8, 2017.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE